# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE BOLAND
FAMILY TRUST U/A/D 08/12/1991.

No. 75568

NINA MARIE GOODMAN,
INDIVIDUALLY AND AS TRUSTEE OF
THE BOLAND FAMILY TRUST,
Appellant,
vs.
JOSEPH BOLAND,
Respondent.

**FILED**

MAY 07 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Gloria Sturman, District Judge
John Walter Boyer, Settlement Judge
Blackrock Legal, LLC
Law Offices of Shawanna L. Johnson
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

19-20039